**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**BRIAN RUNNELS, #39145**                                                                                      **PLAINTIFF**

**VERSUS**                                                               **CIVIL ACTION NO. 5:05cv141DCB-JCS**

**SAMMIE L. GOOD, et al.**                                                                                  **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the Court, sua sponte, for consideration of dismissal.  Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   10th   day of February, 2006.


                                                                                   s/ David Bramlette
                                                                    UNITED STATES DISTRICT JUDGE